**Order entered July 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00725-CV

## IN THE INTEREST OF A.G. AND A.G., CHILDREN

**On Appeal from the County Court at Law No. 1
Kaufman County, Texas
Trial Court Cause No. 97715CC**

## ORDER

We **REINSTATE** this appeal.

On July 2, 2018, we abated the appeal to allow the trial court an opportunity to conduct a hearing to determine and file written findings as to whether the parties agreed on the contents of a transcription of an audio recording of a hearing held in the trial court May 24, 2018. The transcription was by court reporter Becky Wheeler.

The trial court held the requested hearing July 16, 2018, and a supplemental clerk's record filed July 19, 2018 reflects the trial court found the parties agree the transcription is "correct." We **ADOPT** that finding and **ORDER** Ms. Wheeler to file the record of the May 24th hearing no later than July 27, 2018. We further **ORDER** appellant's brief be filed no later than August 16, 2018.

We **DIRECT** the Clerk of the Court send a copy of this order to Ms. Wheeler and the parties.

/s/    DAVID EVANS
        JUSTICE